RAY LEVY, Respondent, v. UTRECHT BUILDING CORPORATION and Others, Defendants, and B. GOETZ & BRO., INC., and Others, Appellants.— Motion for stay granted upon condition that appellants perfect the appeal for Friday, March 13, 1931 (for which day the case is set down), and be ready for argument when

reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky. P. J., Young, Hagarty, Carswell and Tompkins, JJ.